FILED
CLERK, U.S. DISTRICT COURT

FEB 26 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| GERALD BERNARD MONTGOMERY, | ) CASE NO. CV 10-1934-SVW (AJW) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| | ) |
| GEORGE GURIBINO, Warden, | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 2/26/13

_____
Stephen V. Wilson
United States District Judge